UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**DR. ALPERT LOPEZ,**

      Plaintiff,

Civil Action: 1:20-cv-10183

v.

**MILO ST. JAQUES,**

      **Defendant.**

**THE PARTIES' JOINT REQUEST TO REFER THIS CASE TO THE COURT'S ALTERNATIVE DISPUTE RESOLUTION PROGRAM**

Pursuant to District Court Rule 16.4, the parties to this action, the plaintiff and Milo St. Jacques, request this Court to promptly refer this case to a magistrate or senior judge for mediation under this Court's Alternative Dispute Resolution program. The parties respectfully request that the case be referred to a magistrate or senior judge for mediation to be conducted in January of 2022.

    Respectfully submitted,
    By the parties,

    THE PLAINTIFF,

    /s/ Joseph P. Musacchio
    Joseph P. Musacchio, BBO #365270
    jmusacchio@kreindler.com
    KREINDLER & KREINDLER LLP
    855 Boylston Street
    Boston. MA 02116
    Telephone: 617-242-9100
    Facsimile: 617-424-9120

    and,

/s/ Arthur Hernandez
Arthur Hernández,
Admitted *pro hac vice*
arthur@arthurhernandez.com
LAW OFFICES OF ARTHUR HERNÁNDEZ, P.A.
4745 Sutton Park Court, Suite 711
Jacksonville, FL 32224
Telephone: 904-389-6989
Facsimile: 904-389-6990


DEFENDANT
MILO ST. JACQUES

/s/ Eileen P. Kavanagh
Eileen P. Kavanagh, Esq.
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01094

## CERTIFICATE OF SERVICE

I, Joseph P. Musacchio, certifies that on December 10, 2021, the above request was served on all parties pursuant to this Court's ECF filing system.

/s/ Joseph P. Musacchio
Joseph P. Musacchio
